```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              ISTRICT OF MARYLAND
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND         2005 FEB 6 P 3: 43

| | |
|---|---|
| UNITED STATES OF AMERICA, | CLERK'S OFFICE AT BALTIMORE |
| Plaintiff, | BY. _____ DEPUTY |
| v. | Court No. S-97-4147 |
| SUSAN G. BROOKS, | |
| Defendant. | |

### ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as **PAID, SETTLED,** and **SATISFIED.** The Defendant is hereby released from any lien created by the Notice of Lien recorded on January 22, 2003, Document# 2003-011212, with the State of Hawaii, Bureau of Conveyances AND the Notice of Lien recorded by the Circuit Court for Montgomery County, Civil Case No. 200960, Transaction Block 1543, July/1999.

Respectfully submitted,

Allen F. Loucks
United States Attorney

By: /s/ Thomas F. Corcoran
Thomas F. Corcoran
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2005, a copy of the foregoing was delivered by first class mail to:

Susan G. Gleason (nee Brooks)
17125 Frederick Road
Mount Airy, MD 21771

_____
Thomas F. Corcoran
**Assistant United States Attorney**